IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BRIANA SEVERINE | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § C.A. NO. 1:19-CV-03301 |
| | § |
| ANTHEM BLUE CROSS LIFE AND | § |
| HEALTH INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

## NOTICE OF REMOVAL

Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem") files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and would show the Court as follows:

### Commencement and Service

1. On October 28, 2019, Plaintiff Briana Severine ("Plaintiff") commenced this action against Anthem by filing her Complaint and Jury Demand in the District Court, Division 424, of Denver County, Colorado, styled Cause No. 2019CV34131, *Briana Severine v. Anthem Blue Cross Life and Health Insurance Company.*[1]

2. Anthem was served with service of process and Plaintiff's Complaint and Jury Demand through its designated agent for service by a private process server on November 1, 2019.[2]

---

[1] See Exhibit A.
[2] See Exhibit B.

3. This Notice of Removal is filed within thirty days of Anthem's receipt of Plaintiff's Complaint and Jury Demand and within one year of the commencement of this action in accordance with 28 U.S.C. section 1446(b).

### Plaintiff's Allegations and Factual Background

4. This case arises out of the alleged improper denial of health plan benefits for a C5-6 discectomy with an artificial disc replacement procedure that Plaintiff alleges to be medically necessary.[3] As a result, Plaintiff asserts claims against Anthem under 29 U.S.C. section 1132(a) and wrongful withholding of requested plan documents.[4]

### Grounds for Removal

5. Anthem is entitled to remove the state court action to this Court pursuant to 28 U.S.C. sections 1331, 1441 and 1446, because this action is based on a federal question.

### Federal Question Jurisdiction

6. This action is removable under 28 U.S.C. section 1441 on the basis of a federal question. ERISA provides for federal jurisdiction where one or all of a plaintiff's claims against a defendant arise under and are within the scope of 29 U.S.C. section 1132(a), the civil enforcement provision of ERISA. Congress intended for such claims brought in state court to be completely preempted by federal law and tried in federal court, and the United States Supreme Court has ruled that ERISA broadly preempts state law claims that relate to ERISA-governed plans. *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 47 (1987).

7. In this action, Plaintiff asserts causes of action under 29 U.S.C. section 1132(a) seeking to recover benefits purportedly due under an ERISA-regulated benefit plan, which

---

[3] *See* Exhibit A, ¶¶ 14, 17.
[4] *See id.* ¶¶ 33-36, 39-40, 43-44.

addresses areas of exclusive federal concern. *See Met. Life Ins. Co. v. Taylor*, 481 U.S. 58, 67 (1987) (stating that a claim for benefits under an ERISA plan "is necessarily federal in character by virtue of the clearly manifested intent of Congress" and therefore, "[a]rises under the…laws…of the United States, and is removable to federal court by the defendants.") (quoting 28 U.S.C. § 1331; 28 U.S.C. § 1441(b)). Consequently, this Court has original jurisdiction under 28 U.S.C. section 1331 and 29 U.S.C. section 1132(a).

### Venue

8.   Venue lies in the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because Plaintiff filed the state court action in this judicial district and division.

### Consent to Removal

9.   Because Anthem is the only defendant, all defendants join in and consent to this removal.

### Notice

10.   Anthem will give notice of the filing of this Notice of Removal to all parties of record pursuant to 28 U.S.C. § 1446(d).  Anthem will also file with the clerk of the state court, and will serve upon Plaintiff's counsel, a notice of the filing of this Notice of Removal.

### Jury Demand

11.   Plaintiff has demanded a jury trial in the state court action.[5]

---

[5] *See* Exhibit A at 6.

## State Court Pleadings

12.     Copies of all state court pleadings and orders are attached to this Notice of Removal. This case is being removed from the District Court, Division 424, of Denver County, Colorado, City and County Building, 1437 Bannock Street, Denver, Colorado 80202.

## Exhibits to Notice of Removal

13.     The following documents are attached to this Notice as correspondingly lettered exhibits:

| | | |
|---|---|---|
| Exhibit A: | Copy of Plaintiff's Complaint and Jury Demand |
| Exhibit B: | Copy of Affidavit of Service |
| Exhibit C: | Copy of Plaintiff's Submission of Return of Service |
| Exhibit D: | Copy of the District Court Civil Case Cover Sheet for Initial Pleading of Complaint and Jury Demand |
| Exhibit E: | Copy of the Register of Actions from the District Court, Division 424, of Denver County, Colorado. |

## Conclusion

WHEREFORE, Defendant Anthem Blue Cross Life and Health Insurance Company, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the District Court, Division 424, of Denver County, Colorado, to this Court.

Dated: November 22, 2019.

Respectfully submitted,

MCDOWELL HETHERINGTON LLP


By:  /s/ Thomas F. A. Hetherington
    Thomas F. A. Hetherington*
    Colorado Bar No. 50976
    Texas Bar No. 24007359

    Blaire B. Johnson*
    Texas Bar No. 24064968

1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
Email: Tom.Hetherington@mhllp.com
Email: Blaire.Johnson@mhllp.com

*Admitted

**ATTORNEYS FOR DEFENDANT ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY**

-6-

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on the 22nd day of November 2019 on the following counsel of record by certified mail, return receipt requested:

Robert M. Baldwin
Michael B. Cortes
Baldwin Law, LLC
66 West Springer Drive, Suite 306
Highlands Ranch, Colorado 80129


                                                                          */s/ Thomas F. A. Hetherington*
                                                                           Thomas F. A. Hetherington